UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Samantha Rys,

                        Plaintiff,                     22 CV 10758 (KMK)

-v-                                             CALENDAR NOTICE

Sabrina Davis, et al.,

                        Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

      Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Monday, December 4, 2023 at 3:30 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: November 15, 2023
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J