# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

SAMANTHA RYS,

                Plaintiff,                          22 **CIVIL** 10758 (KMK)

    -against-                                   **<u>JUDGMENT</u>**

SABRINA DAVIS and TANYA JOHNSON.

                Defendants.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2025, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2025

                                                  **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                        **BY:** *[signature]*

                                                      **Deputy Clerk**